THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JEANNE M. VANDOVER, Respondent.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 31 Misc 3d 131(A).

On the Court's own motion, Matthew S. Lerner, Esq. granted leave to appear as amicus curiae on the appeal herein.